■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTIAGO GONZALEZ, Appellant. [998 NYS2d 624]—

Judgment, Supreme Court, New York County (Charles H. Solomon, J.), rendered April 6, 2010, convicting defendant, after a jury trial, of grand larceny in the fourth degree, and sentencing him, as a second felony offender, to a term of two to four years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. Although the victim could provide only limited information, the jury properly credited an officer's testimony that he had a full opportunity to observe this pickpocketing incident.

We perceive no basis for reducing the sentence. Concur— Tom, J.P., Acosta, Saxe, Moskowitz and Feinman, JJ.